
FILED
SEP 2 0 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LAZY E L RANCH, INC., FOOTHILLS COMPANY, GEORGE BENEDICT, REBECCA SPENCER, AL SPENCER, ROBERT TIMMERMAN, DOROTHY TIMMERMAN, CATHERINE TOBIN, RICHARD SHOLLEY, THOMAS MORROW, ROBERT CIRI and ANN CIRI,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, NORTHWESTERN ENERGY, NORTHWESTERN ENERGY INC., NORTHWESTERN ENERGY, LLC, JOHN DOES 1-10 and JOHN DOE CORPORATIONS A-Z,<br><br>Defendants. | CV-17-112-BLG-SPW-TJC<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS HEREBY ORDERED:

1. The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 19th day of September, 2017.

Honorable Susan P. Watters
United States District Judge