IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LAZY E L RANCH, INC.; FOOTHILLS COMPANY; GEORGE BENEDICT; REBECCA SPENCER; AL SPENCER; ROBERT TIMMERMAN; DOROTHY TIMMERMAN; CATHERINE TOBIN; RICHARD SHOLLEY; THOMAS MORROW; ROBERT CIRI; ANN CIRI , <br><br>             Plaintiffs, <br><br>vs. <br><br>NORTHWESTERN CORPORATION; NORTHWESTERN ENERGY; NORTHWESTERN ENERGY INC.; NORTHWESTERN ENERGY, LLC; JOHN DOES 1-10; JOHN DOE CORPORATIONS A-Z, or other business entities, subsidiaries and affiliates, <br><br>             Defendants. | CV 17-112-BLG-SPW-TJC <br><br>**ORDER GRANTING UNOPPOSED MOTION TO FOR LEAVE TO APPEAR TELEPHONICALLY** |

      Defendant NorthWestern Corporation has filed an unopposed motion for leave to appear telephonically at the Preliminary Pretrial Conference. (Doc. 16.) Good cause appearing, IT IS HEREBY ORDERED that counsel for NorthWestern may participate in the November 2, 2017 Preliminary Pretrial Conference by telephone. Counsel shall use the Court's conferencing system to participate:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

IT IS ORDERED.

DATED this 1st day of November, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge