FILED

MAR 1 8 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LAZY E L RANCH, INC.; FOOTHILLS COMPANY; GEORGE BENEDICT; REBECCA SPENCER; AL SPENCER; ROBERT TIMMERMAN; DOROTHY TIMMERMAN; CATHERINE TOBIN; RICHARD SHOLLEY; THOMAS MORROW; ROBERT CIRI; ANN CIRI, | CV 17-112-BLG-SPW |
| Plaintiffs, | ORDER |
| vs. | |
| NORTHWESTERN CORPORATION; NORTHWESTERN ENERGY; NORTHWESTERN ENERGY INC.; NORTHWESTERN ENERGY, LLC; JOHN DOES 1-10; JOHN DOE CORPORATIONS A-Z, or other business entities, subsidiaries and affiliates, | |
| Defendants. | |

The Court having reviewed the parties' Stipulated Motion to Dismiss with

Prejudice (Doc. 23), and good cause appearing,

**IT IS HEREBY ORDERED** that plaintiffs' claims against defendants in the above captioned matter are **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for Tuesday, July 2, 2019 at 1:30 p.m. is **VACATED** and the trial set for Monday, July 15, 2019 at 9:00 a.m. is **VACATED.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 18th day of March, 2019.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge